**Marilyn Marie BABLES, Appellant,**

v.

**KANSAS CITY MISSOURI SCHOOL DISTRICT, Appellee.**

No. 08–1571.

United States Court of Appeals, Eighth Circuit.

Submitted: June 12, 2009.

Filed: June 19, 2009.

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

■

PER CURIAM.

Marilyn Bables appeals from the district court's [1] adverse grant of summary judgment in her employment-discrimination action against her former employer, the Kansas City, Missouri School District. Having reviewed the record and considered Bables's arguments, we find no basis for reversal. *See Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir.2006) (de novo standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.